1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CARLOS ANTHONY HAWTHORNE,<br><br>                  Petitioner,<br><br>      v.<br><br>RAYBON JOHNSON, Warden, of California State Prison, Los Angeles County<br><br>              Respondent. | No.  22-cv-07535-FWS-AS<br><br>**[PROPOSED] ORDER GRANTING PETITIONER'S MOTION TO STAY THE FEDERAL CASE PENDING THE EXHAUSTION OF REMEDIES** |

      The Court grants Petitioner Carlos Anthony Hawthorne's Motion for Stay Pending Exhaustion of Remedies and orders as follows:

      1.     This action is stayed pending the resolution of Petitioner's exhaustion proceedings in state court.

      2.     Petitioner will file his exhaustion petition in state court within 60 days of this order.

1

3.    Petitioner shall file and serve in this Court a status report every 90 days, beginning from the entry of this Order until state exhaustion proceedings are completed, on the status of his state habeas action.

4.    Petitioner will notify the Court upon the conclusion of state proceedings.

5.    If relief is denied in state court, Petitioner will file an amended petition within 60 days of the state court order denying relief.

IT IS SO ORDERED.

DATED: _____                    _____
                                           HON. ALKA SAGAR
                                           United States Magistrate Judge

Presented by:

*/s/ Michael Petersen*
MICHAEL PETERSEN
Deputy Federal Public Defender

2