UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| No. | CV 22-07535-FWS (AS) | Date | June 14, 2023 |
|---|---|---|---|
| Title | *Carlos Anthony Hawthorne v. Raybon Johnson, Warden* | | |

Present: The Honorable  Alka Sagar, United States Magistrate Judge

| Alma Felix | Not reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**   **Order Directing Respondent to File Response to Petitioner's Motion for Stay and Abeyance of Petition**

On October 17, 2022, Carlos Anthony Hawthorne ("Petitioner"), a California state prisoner represented by counsel, filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition"). (Dkt. No. 1). On March 10, 2023, Respondent filed a motion to dismiss the Petition and an accompanying memorandum of points and authorities, contending that the Petition should be dismissed because it contains some claims that are unexhausted. (Dkt. Nos. 16-17). On June 12, 2023, Petitioner filed an opposition to the motion to dismiss and a motion for stay and abeyance pursuant to <u>Rhines v. Weber</u>, 544 U.S. 269 (2005). (Dkt. No. 21).

Within fourteen days of the date of this Order (by no later than **June 28, 2023**), Respondent is ORDERED to file a response to the motion for a stay and abeyance, or a notice of non-opposition to the motion.

**IT IS SO ORDERED.**

0 : 0

Initials of Preparer  AF