Rob Bonta
Attorney General of California
Lance E. Winters
Chief Assistant Attorney General
Susan Sullivan Pithey
Senior Assistant Attorney General
Kenneth C. Byrne
Supervising Deputy Attorney General
Ana R. Duarte
Deputy Attorney General
State Bar No. 174715
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6002
 Fax:  (916) 731-2122
 E-mail:  DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOS ANTHONY HAWTHORNE,**<br><br>Petitioner,<br><br>v.<br><br>**RAYBON JOHNSON, Warden,**<br><br>Respondent. | Case No. CV 22-07535-FWS (AS)<br><br>**NOTICE OF SUPPLEMENTAL LODGING**<br><br><br><br>The Honorable Alka Sagar<br>United States Magistrate Judge |

Respondent hereby electronically lodges copies of the following documents in support of his Opposition to Petitioner's Motion to Stay the Petition for Writ of Habeas Corpus filed herein:

11.[1]  Clerk's transcript from Los Angeles County Superior Court Case Number BA137272:  six volumes (Volume VII excluded as it is labeled Confidential and contains probation officer's report and other confidential documents); and

---

[1] On March 10, 2023, Respondent lodged ten documents in connection with his Motion to Dismiss.  (*See* Ct. Dkts. 16-17.)

1

12. Reporter's transcript from Los Angeles County Superior Court Case Number BA137272: ten volumes (excluding sealed proceedings).

Respondent has also provided paper copies of these lodged documents to the Court, which need not be returned to Respondent.

Dated: June 26, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
LANCE E. WINTERS
Chief Assistant Attorney General
SUSAN SULLIVAN PITHEY
Senior Assistant Attorney General
KENNETH C. BYRNE
Supervising Deputy Attorney General

/s/ Ana R. Duarte

ANA R. DUARTE
Deputy Attorney General
*Attorneys for Respondent*

ARD:fc
LA2023600338
66043737.docx

# CERTIFICATE OF SERVICE

Case Name: *Carlos Anthony Hawthorne v. Raybon Johnson, Warden*     No. **CV 22-07535-FWS (AS)**

I hereby certify that on June 26, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF SUPPLEMENTAL LODGING**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 26, 2023, at Los Angeles, California.

|  |  |
|---|---|
| Frances Conroy | /s/ Frances Conroy |
| Declarant | Signature |

ARD:fc
LA2023600338
66044216.docx