IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOS ANTHONY HAWTHORNE,**<br><br>Petitioner,<br><br>v.<br><br>**PAT HORN,**<br><br>Respondent. | Case No. CV 22-07535-FWS (AS)<br><br>[~~PROPOSED~~] ORDER |

Good cause appearing, IT IS HEREBY ORDERED that Respondent is granted to and including **April 20, 2024**, in which to serve and file an Answer to the Petition for Writ of Habeas Corpus.  The Court's Orders of January 24, 2023 and November 7, 2023, remain otherwise in effect.

Dated:   February 13, 2024          / s / Sagar
HON. ALKA SAGAR
United States Magistrate Judge