1   Rob Bonta
    Attorney General of California
2   Lance E. Winters
    Chief Assistant Attorney General
3   Susan Sullivan Pithey
    Senior Assistant Attorney General
4   Kenneth C. Byrne
    Supervising Deputy Attorney General
5   Ana R. Duarte
    Deputy Attorney General
6   State Bar No. 174715
     300 South Spring Street, Suite 1702
7    Los Angeles, CA  90013-1230
     Telephone:  (213) 269-6002
8   Fax:  (916) 731-2122
    E-mail:  DocketingLAAWT@doj.ca.gov
9   *Attorneys for Respondent*

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13  **CARLOS ANTHONY**              Case No. CV 22-07535-FWS (AS)
14  **HAWTHORNE,**
                                    **NOTICE OF SECOND**
15                      Petitioner,  **SUPPLEMENTAL LODGING**

16          v.

17  **PAT HORN,**

18                                  The Honorable Alka Sagar
                        Respondent.  United States Magistrate Judge
19

20          Respondent hereby electronically lodges copies of the following documents in

21  support of his Answer to Petition for Writ of Habeas Corpus:

22          13.[1]  Clerk's transcript from Los Angeles County Superior Court Case

23  Number BA137272:  Supplemental Volume I – ordered unsealed on October 1,

24  2014, by California Supreme Court in case number S176951;

25
    _____

26          [1]  On March 10, 2023, Respondent lodged ten documents in connection with
    his Motion to Dismiss.  (*See* Ct. Dkts. 16-17.)  And, on June 26, 2023, the clerk's
27  and reporter's transcripts from Petitioner's state trial were lodged as documents 11
    and 12.  (*See* Ct. Dkts. 23-24.)
28

                                      1

14. Clerk's transcript from Los Angeles County Superior Court Case Number BA137272: Supplemental Volume III;

15. Reporter's transcript from Los Angeles County Superior Court Case Number BA137272: Volume 2A – ordered unsealed on October 1, 2014, by California Supreme Court in case number S176951;

16. Reporter's transcript from Los Angeles County Superior Court Case Number BA137272: Volume 5A - ordered unsealed on October 1, 2014, by California Supreme Court in case number S176951;

17. Respondent's brief filed in California Supreme Court case number S064769;

18. Docket in California Supreme Court case number S176951;

19. Exhibits 1 through 157[2] filed on April 22, 2013, and Exhibits 163 through 183 filed on September 16, 2015, in support of Amended Petition for Writ of Habeas Corpus in California Supreme Court case number S176951:

        -1 Declaration of David C. Baldus

        -2 Declaration of Donald H. Heller

        -3 Declaration of George Woodworth, Ph.D.

        -4 Declaration of Gerald F. Uelmen

        -5 Declaration of Steven F. Shatz

        -6 Newspaper Articles Regarding California's Death Penalty Statutes

        -7 Legislative History Material Regarding California's Death Penalty Statutes

        -8 Testimony of David Baldus in *Ashmus v. Wong,* November 19, 2010

---

[2] Exhibits 158 through 162 in support of the Amended Petition for Writ of Habeas Corpus in case number S176951 were filed under seal on June 12, 2013, and are omitted.

1          -9 Testimony of George Woodworth in *Ashmus v. Wong*,

2 November 22, 2010

3          -10 Testimony of Steven F. Shatz in *Ashmus v. Wong*,

4 January 28, 2010

5          -11 Declaration of James S. Thomson

6          -12 Declaration of Quin Denvir

7          -13 Birth Certificate of Carlos Anthony Hawthorne, Sr.

8          -14 Education Records of Carlos Anthony Hawthorne, Sr.

9          -15 Federal Bureau of Investigation Identification Record

10 for Carlos Anthony Hawthorne, Sr.

11          -16 *People v. Carlos Anthony Hawthorne, Sr., & Sheila*

12 *Laretta Ausborne*, Los Angeles County Superior Court Case No.

13 A 298854, July 27, 1973

14          -17 *People v. Carlos Anthony Hawthorne, Sr.*, Los Angeles

15 County Superior Court Case No. A 435027, February 27, 1974

16          -18 *People v. Carlos Hawthorne, Sr.*, Santa Clara County

17 Superior Court Case No. 71872, April 17, 1979

18          -19 *People v. Carlos Hawthorne, Sr.*, Santa Clara County

19 Superior Court Case No. 82857, February 25, 1982

20          -20 *People v. Carlos Hawthorne, Sr.*, Santa Clara County

21 Superior Court Case No. 82578, February 16, 1982

22          -21 *People v. Carlos Hawthorne, Sr.*, Santa Clara County

23 Superior Court Case No. 85725, October 28, 1982

24          -22 *People v. Carlos Hawthorne, Sr.*, Santa Clara County

25 Superior Court Case No. 91552, August 11, 1983

26          -23 California Department of Corrections and

27 Rehabilitation Custodial File of Carlos Anthony Hawthorne, Sr.,

28 C-85184

-24 *People v. Carlos Hawthorne, Sr., and Mary Jane Dowling*, Santa Clara County Superior Court Case No. 133070, September 22, 1988

-25 San Francisco Police Department Criminal History Record of Carlos Anthony Hawthorne, Sr.

-26 Death Certificate of Carlos Anthony Hawthorne, Sr.

-27 San Francisco General Hospital Records of Carlos Anthony Hawthorne, Sr.

-28 Declaration of William Hawthorne III

-29 Declaration of Patricia Hawthorne

-30 Declaration of Clara Jeanine Hawthorne

-31 Declaration of Roy Henry Hawthorne

-32 Declaration of Truman Odell Hudson

-33 Declaration of Ray Robertson

-34 Declaration of Sierra Luchien

-35 Declaration of Jamar'e Demont Luchien

-36 Declaration of Elester Luchien, Jr.

-37 Declaration of Curtis Luchien

-38 Declaration of Elester Luchien

-39 Declaration of Brenda Sampson

-40 Declaration of Deborah Beal

-41 Declaration of Betty King

-42 Declaration of Carl Marks

-43 Declaration of Ronnie Kindle

-44 Declaration of James Robinson III

-45 Declaration of Latasha Marks

-46 Declaration of Azra Mehmedbasich

-47 Declaration of Shervonda Harper

-48 Declaration of Constance Davis

-49 Birth Certificate of Brenda Sampson

-50 Education Records of Brenda Sampson

-51 Social Security Administration Records of Brenda Sampson

-52 Martin Luther King Medical Center Records of Brenda Sampson

-53 Declaration of Amanda L. Gregory, Ph.D.

-54 Declaration of Juror No. 967764944

-55 Declaration of Juror No. 1548

-56 Declaration of Juror No. 0272

-57 Declaration of Juror No. 1359

-58 Declaration of Juror No. 0838

-59 Declaration of Jimmie Cueva

-60 Declaration of Dan Ehler

-61 Declaration of Hassan Jamal Rashad

-62 Declaration of Crystal Robinson

-63 California Youth Authority Medical Records of Carlos Anthony Hawthorne

-64 "Comprehensive and Workable Plan for the Abatement of Lead-Based Paint in Privately Owned Housing." *U.S. Department of Housing and Urban Development Report to Congress*, December 7, 1990

-65 Education Records of Carlos Anthony Hawthorne II

-66 Handwritten Interview Notes of Adrienne Davis, Ph.D.

-67 Newspaper Articles Regarding Los Angeles County Jail Violence, Abuses, and Overcrowding

/ / /

1    -68 Newspaper Articles Regarding Mental Health and

2    Medical Treatment in Los Angeles County Jails, 1996-1997

3    -69 Vital Records of Carlos Anthony Hawthorne II

4    Maternal Family Members

5    -70 Letter from United States Attorney General Assistant

6    AG Isabelle Katz Pinzler to Los Angeles County Executive

7    Joanne Sturges Regarding CIPRA Investigation of Mental Health

8    Services in the Los Angeles County Jail, September 5, 1997

9    -71 Los Angeles County Jail Medical Records of Carlos

10   Anthony Hawthorne II

11   -72 Death Certificate of Delano Manuel Beckles

12   -73 *People v. Tenechia (aka Tanisha) Hardy*, Los Angeles

13   County Superior Court Case No. VA 0-30208, October 30, 1992

14   -74 *People v. Tanisha Hardy*, Los Angeles County

15   Superior Court Case No. BA136287, August 9, 1996

16   -75 Death Certificate of Mary Jane Thomas

17   -76 *County of Santa Clara v. Mary Dowling and Carlos*

18   *Hawthorne,* Case No. 789CV191677 Certificate of Clerk, re Civil

19   Case Purged

20   -77 San Francisco Police Department Notice of Destroyed

21   Records of Carlos Anthony Hawthorne, Sr.

22   -78 Birth Certificate of Elester Luchien

23   -79 Death Certificate of Ethel Lee Luchien

24   -80 *People v. Dorothy Holley and Marlon Luchien*, Los

25   Angeles County Court Case No. TA 022570, February 25, 1993

26   -81 Articles and Information Regarding Neighborhoods in

27   which Carlos Anthony Hawthorne II Lived

28   -82 Criminal Court Records of Lloyd King

1          -83 Criminal Court Records of Betty King

2          -84 California Department of Corrections and

3     Rehabilitation Records of Lloyd King

4          -85 California Department of Corrections and

5     Rehabilitation Records of Betty King

6          -86 Los Angeles County Coroner Department Records of

7     Ronnie King, June 6, 1972

8          -87 Criminal Court Records of Leamon Adams

9          -88 Criminal Court Records of Carl Marks

10         -89 Los Angeles County Jail Custody Records of Carlos

11    Anthony Hawthorne II

12         -90 Los Angeles County Juvenile Court Records of Carlos

13    Anthony Hawthorne

14         -91 Martin Luther King Jr. Medical Records of Carlos

15    Anthony Hawthorne II

16         -92 Kaiser Permanente Medical Records of Carlos Anthony

17    Hawthorne II

18         -93 Los Angeles County University of Southern California

19    Medical Records of Carlos Anthony Hawthorne II

20         -94 Excerpts Regarding Los Angeles Jails from Special

21    Counsel Semiannual Reports on the Los Angeles County Sheriff's

22    Department, 1996-1997

23         -95 *People v. Lester Luchien*, Los Angeles County Court

24    Case No. BA200835, May 1, 2000

25         -96 Medical Records of Betty King, Metropolitan State

26    Hospital

27         -97 Criminal Court Records of Ronnie King

28    / / /

1   -98 Los Angeles County Department of Coroner Records

2   of Carlton Reaves, Jr.

3   -99 Voir Dire Notes of District Attorney Wilkinson

4   -100 California Youth Authority Records of Carlos

5   Anthony Hawthorne II

6   -101 Letter from Adrienne Davis, Ph.D. to Randy Short,

7   June 28, 1997

8   -102 "Lead-Based Paint Hazards and Needs in Los Angeles

9   County", Los Angeles County Housing and Community

10   Development Consolidated Plan (c. 2003)

11   -103 Declaration of Paul Blevins

12   -104 Declaration of Kevin Franklin

13   -105 Declaration of Richard G. Dudley, Jr. M.D.

14   -106 "Which of These Children Will Be Poisoned by

15   Lead?" by Albert L. Huebner. *Los Angeles Times*, April 2, 1978

16   -107 Metropolitan State Hospital Medical Records of Carol

17   Hawthorne

18   -108 Social Security Administration Records of Carol

19   Hawthorne

20   -109 Education Records of Carol Hawthorne

21   -110 Southern Nevada Adult Mental Health Services

22   Medical Records of Carol Hawthorne

23   -111 California Department of Corrections and

24   Rehabilitation Records of Carl Marks

25   -112 Declaration of Juror No. 4311

26   -113 Vital Records of Carlos Anthony Hawthorne II

27   Siblings

28   -114 Education Records of Sierra Luchien

-115 Education Records of Elester Luchien Jr.

-116 Social Security Administration Records of Lloyd King

-117 Excerpts of Darrel Lomax Petition for Writ of Habeas Corpus

-118 Declaration of Randy Short Filed in Support of James Heard Petition for Writ of Habeas Corpus Automatic Appeal No. S035769

-119 Olympia Medical Center Medical Records of Estella Riley

-120 Foster Care Records of Elester Luchien Jr.

-121 Department of Social Services Records of Brenda Sampson

-122 California Department of Corrections and Rehabilitation Records of Ronnie Kindle

-123 Vital Records of Carlos Anthony Hawthorne II Paternal Family Members

-124 Los Angeles County Coroner Department Records of William Hawthorne Jr., October 14, 1956

-125 Los Angeles County Coroner Department Records of Erma Hawthorne, October 31, 1974

-126 Information Regarding California Juvenile Justice System Institutions in Which Carlos Anthony Hawthorne II Lived

-127 Information Regarding Specific Learning Disability

-128 Declaration of Daniel B. Vasquez

-129 Declaration of Leonard Rice

-130 "At San Quentin, 647 condemned killers wait to die in the most populous execution antechamber in the United States"

*San Francisco Chronicle*, November 20, 2005

        -131 Declaration of Randy Short, Esq.

        -132 Declaration of Katherine Porterfield, Ph.D.

        -133 Declaration of Arthur Kowell, M.D.

        -134. Birth Certificate of Carlos Anthony Hawthorne II

        -135 Newspaper Article Regarding Arresting Officer Achziger Misconduct

        -136 *Aguirre v. Achziger, et. al.* in the US District Court for the Central District of California, Southern Division - Santa Ana, Case No. 08-cv-00643, June 11, 2008

        -137 Newspaper Articles Regarding Capitally-Charged Home-Invasion Cases

        -138 Information Regarding Chlorpromazine

        -139 Information Regarding Los Angeles County Education and Social Service Institutions

        -140 Information Regarding Little Rock Arkansas School Desegregation

        -141 Los Angeles County University of Southern California Medical Records of Elester Luchien, Jr.

        -142 Los Padrinos Juvenile Hall Juvenile Records of Elester Luchien, Jr.

        -143 *The County of Los Angeles v. Elester Luchien, Sr.*, Los Angeles County Court Case No. BY 0521533, December 24, 2000

        -144 Kedren Psychiatric Hospital Medical Records of Elester Luchien, Jr.

        -145 Excerpt of LAPD Notes re: Interior Characteristics of Crime Scene

-146 Contract Ledger for Randy Short in *People v. Carlos A. Hawthorne*

-147 Subpoena Directed to Detective William Smith to Appear as a Witness

-148 California Department of Corrections and Rehabilitation Records of Carlos Anthony Hawthorne II

-149 Report by Adrienne Davis, Ph.D. of Carlos Anthony Hawthorne II

-150 Los Angeles County University of Southern California Medical Records of Carlos Anthony Hawthorne II (continued)

-151 Letter from then-Chief Justice Ronald M. George to United States Senator Dianne Feinstein, November 29, 2005

-152 Letter from then-Chief Justice Ronald M. George to Chief Judge Mary M. Schroeder, October 29, 2003

-153 Vehicle Investigation Report, Vanessa Sells' Lexus 300

-154 LAPD Scientific Investigation Division, Latent Print Section

-155 Juvenile Court Order of Mellaril Prescription for Carlos Anthony Hawthorne II

-156 Pre-Adjudication Social Study in the Matter of Salena McDaniels and Monique Keller

-157 Declaration of Terry Kupers

-158 Unredacted Declaration of Juror No. 1548 - filed under seal - omitted

-159 Unredacted Declaration of Juror No. 0272 - filed under seal - omitted

1   -160 Unredacted Declaration of Juror No. 1359 - filed
2   under seal - omitted
3   -161 Unredacted Declaration of Juror No. 0838 - filed
4   under seal - omitted
5   -162 Unredacted Declaration of Juror No. 4311 - filed
6   under seal - omitted
7   -163 Letter from Michael L. Radelet and Glenn L. Pierce,
8   November 11, 2010
9   -164 Letter from Neil Vidmar, Ph.D., October 21, 2010
10   -165 Letter from John J. Donohue, October 26, 2010
11   -166 Letter from William J. Bowers, October 18, 2010
12   -167 Declaration of Jeffery Aaron
13   -168 Declaration of Adrienne C. Davis, Ph.D., ABPP
14   -169 Declaration of Tanisha Hardy
15   -170 People v. Ronnie Edward King [TN Lloyd Vincent
16   King], Los Angeles County Superior Court, Case No. BA145236
17   (1997)
18   -171 People v. Ronnie Edward King [TN Lloyd Vincent
19   King], Los Angeles County Superior Court, Case No. YA011731
20   (1992)
21   -172 Declaration of Krista Forrest, Ph.D.
22   -173 Reports Regarding the Implementation and Frequency
23   of the Death Penalty
24   -174 Final Report, California Commission on the Fair
25   Administration of Justice
26   -175 Transcript of Proceedings, Jones v. Chappell, U.S.
27   Central District Court Case No. CV 09-02158-CJC, July 16, 2014
28   / / /

-176 Ronald M. George, *Reform Death Penalty Appeals*,

Los Angeles Times, January 7, 2008

-177 *Discrimination, Torture, and Execution: A Human*

*Rights Analysis of the Death Penalty in California and Louisiana*,

Center for Constitutional Rights and International Federation for

Human Rights, June 14, 2013

-178 Notice of Appeal, *Mitchell Sims v. California*

*Department of Corrections and Rehabilitation, et al.*, Marin

County Superior Court Case No. CIV1004019, April 26, 2012

-179 Declaration of Jeanne Woodford

-180 Declaration of Michael Laurence

-181 Newspaper Articles on Botched Executions

-182 Excerpt of Chronological Record, Los Angeles Police

Department, Case No. 96-0327536 (1996)

-183 Nicole L. Hair et al., *Association of Child Poverty,*

*Brain Development, and Academic Achievement*, 169 JAMA

Pediatr. 822 (2015);

20.  October 1, 2014 unredacted Informal Response to Amended Petition for

Writ of Habeas Corpus filed in California Supreme Court case number S176951;

and

21.  Reply to Informal Response filed in California Supreme Court case

number S176951.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    Respondent has also provided paper copies of these lodged documents to the

2    Court, which need not be returned to Respondent.

3    Dated:  April 15, 2024                    Respectfully submitted,

4                                              ROB BONTA
                                               Attorney General of California
5                                              LANCE E. WINTERS
                                               Chief Assistant Attorney General
6                                              SUSAN SULLIVAN PITHEY
                                               Senior Assistant Attorney General
7                                              KENNETH C. BYRNE
                                               Supervising Deputy Attorney General
8

9                                              /s/ Ana R. Duarte

10                                             ANA R. DUARTE
                                               Deputy Attorney General
11                                             *Attorneys for Respondent*

12   ARD:fc
     LA2023600338
13   66534134.docx

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

14

# CERTIFICATE OF SERVICE

Case Name:   ***Carlos Anthony Hawthorne v.***        No.    **CV 22-07535-FWS (AS)**
                      ***Pat Horn***

I hereby certify that on <u>April 15, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### NOTICE OF SECOND SUPPLEMENTAL LODGING

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 15, 2024</u>, at Los Angeles, California.

|   Frances Conroy   |   /s/ Frances Conroy   |
| :---: | :---: |
| Declarant | Signature |

ARD:fc
LA2023600338
66713601.docx